# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| DANIEL KINGOO, | CASE NO. C17-611MJP |
| Plaintiff, | DISMISSAL ORDER |
| v. | |
| US CITIZENSHIP AND IMMIGRATION SERVICES, | |
| Defendant. | |

The parties having not complied with an order directing that a joint status report be filed by November 3, 2017,

IT IS ORDERED that this action and all claims asserted herein are DISMISSED without prejudice.

The clerk is ordered to provide copies of this order to all counsel.

Dated November 7, 2017.

*/s/ Marsha J. Pechman*

Marsha J. Pechman
United States District Judge

DISMISSAL ORDER - 1